JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>              Plaintiff,<br><br>     v.<br><br>VELLANO 2020, INC., a California corporation; MATTHEW JUNG, an individual; CHRISTINE LEE JUNG, an individual; and Does 1-10,<br><br>              Defendants. | Case No.: 2:21-cv-05161-SB-JPR<br><br>*Hon. Stanley Blumenfeld, Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  June 24, 2021<br>Trial Date:     Not on Calendar |

1

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Vellano 2020, Inc., Matthew Jung, and Christine Lee Jung is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: October 29, 2021

Hon. Stanley Blumenfeld, Jr
United States District Judge